Christine L. Reinert, #44737
MacMillan, Scholz, and Marks, LLC
4940 SW Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: creinert@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Robert L. Goldsmith, <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | Case No.: <br><br> COMPLAINT FOR PROPERTY DAMAGES (SUBROGATION) |

Plaintiff alleges:

1.

JURISDICTION

(1.1)    This action is brought pursuant to Federal Tort Claims Act, 28 U.S.C. §2671, and 28 U.S.C. §1346(b).

(1.2)    Venue is properly within this District under 28 U.S.C. § 1402(b) as the acts complained of occurred in the Western District of Washington.

/ / /

/ / /

/ / /

2.

Page 1 – COMPLAINT FOR PROPERTY DAMAGE (SUBROGATION)

PARTIES

(2.1) Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm"), at all times material hereto, was an Illinois corporation duly authorized to transact insurance business in the State of Washington.

(2.2) Defendant United States Postal Service ("USPS") is an appropriate defendant under the Federal Tort Claims Act.

(2.3) At all times material hereto, Long Nhu Le ("Le") was a USPS employee working in the course and scope of their employment with USPS.

(2.4) At all material times, Robert L. Goldsmith ("Goldsmith"), was covered by State Farm pursuant to a policy of automobile insurance.

3.

FACTS

(3.1) At all material times, South 128th Street and Military Road South were, and are now, dedicated public roadways in Burien, King County, State of Washington.

(3.2) On January 5, 2022, Goldsmith and Le were traveling at or near South 128th Street and Military Road South in Burien, Washington. At said time and place, Le did so negligently operate their vehicle so as to collide with Goldsmith, causing property damage to Goldsmith's vehicle.

4.

DAMAGES

(4.1) As a direct and proximate result of Le's negligence, Goldsmith's vehicle sustained damage in the amount of $7,520.36.

(4.2) Prior to the accident set forth above, plaintiff had issued to Goldsmith as its insured, a policy of automobile insurance. Pursuant to the terms of said policy, plaintiff was obli-

Page 2 – COMPLAINT FOR PROPERTY DAMAGE (SUBROGATION)

MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
4940 SW Macadam Ave, Ste 100
PORTLAND, OREGON 97239
TELEPHONE (503) 224-2165

1  gated to pay, and did pay, collision benefits in the total amount of $7,520.36. The amounts paid
2  by plaintiff were reasonable.

3     (4.3)   By virtue of its payments and the terms of its policy with Torres, plaintiff is sub-
4  rogated to all rights of its insured against defendant to the extent of plaintiff State Farm's pay-
5  ments.

6     (4.4)   Under the Federal Torts Claims Act, USPS is liable for the above-described ac-
7  tions of its employee, Le, who was acting within the course and scope of their employment with
8  USPS.

9     WHEREFORE, plaintiff prays for judgment against defendant as follows:

10    (a)   For property damage in the amount of $7,520.36;

11    (b)   For statutory interest on the judgment pursuant to RCW 4.56.110;

12    (c)   For plaintiff's costs and disbursements incurred herein, and such other relief as
13          the Court deems proper.

15  DATED this <u>Friday, December 08, 2023</u>.         MacMILLAN, SCHOLZ & MARKS, LLC

17                                                By:   */s/Christine L. Reinert*
                                                        CHRISTINE L. REINERT, #44737
18                                                      creinert@msmlegal.com
                                                        Of Attorneys for the Plaintiff

Page 3 – COMPLAINT FOR PROPERTY DAMAGE (SUBROGATION)