Christine L. Reinert, #44737
MacMillan, Scholz, and Marks, LLC
4940 SW Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: creinert@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Robert L. Goldsmith,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No.:  2:23-cv-01890-JLR<br><br>AGREED STIPULATION FOR CONTINUANCE OF DEADLINE FOR COMBINED JOINT STATUS REPORT AND DISCOVERY |

COMES NOW the parties, by and through their counsel of record, and stipulate to continuance of the current Deadline for Combined Joint Status Report and Discovery. The parties requesting that the deadline be extended from April 10, 2024 to May 10, 2024, for the following reason: Parties are negotiating settlement and preparing the Release.

With regard to this deadline, for the above reason, the parties are in agreement that the Deadline for Combined Joint Status Report and Discovery should be extended until May 10, 2024.

///

///

///

1 – AGREED STIPULATION TO CONTINUACE OF DEADLINE

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3    Dated this 9th day of April, 2024.

4    MACMILLAN SCHOLZ & MARKS, LLC     UNITED STATES ATTORNEY

5

6    *s/Christine L. Reinert*                              *s/Sean M. Arenson*
     Christine L. Reinert, WSBA #44737          Sean M. Arenson, WSBA #60465
7    creinert@msmlegal.com                          Sean.arenson@usdoj.gov
8    *Attorneys for Plaintiffs*                          *Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED BY THE COURT, that the above stipulated to set the deadline for the Combined Joint Status Report and Discovery to May 10, 2024, IS HEREBY GRANTED.

DATED this 9th day of April, 2024.

_____
UNITED STATES JUDGE

Page 2 – AGREED STIPULATION TO CONTINUACE OF DEADLINE