Christine L. Reinert, #44737
MacMillan, Scholz, and Marks, LLC
4940 S Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: creinert@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Robert L. Goldsmith,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01890-JLR<br><br>THIRD AGREED STIPULATION <u>AND ORDER</u> FOR CONTINUANCE OF DEADLINE FOR COMBINED JOINT STATUS REPORT AND DISCOVERY |

COMES NOW the parties, by and through their counsel of record, and stipulate to continuance of the current Deadline for Combined Joint Status Report and Discovery. The parties requesting that the deadline be extended from June 10, 2024 to July 10, 2024, for the following reason: Parties are negotiating settlement and preparing the Release.

With regard to this deadline, for the above reason, the parties are in agreement that the Deadline for Combined Joint Status Report and Discovery should be extended until July 10, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 7th day of June, 2024.

Page 1 – SECOND AGREED STIPULATION TO CONTINUACE OF DEADLINE

MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
4640 S MACADAM AVE, STE 100
PORTLAND, OREGON  97239
TELEPHONE (503) 224-2165

MACMILLAN SCHOLZ & MARKS, LLC            UNITED STATES ATTORNEY

*s/Christine L. Reinert*                           *s/Sean M. Arenson*
Christine L. Reinert, WSBA #44737        Sean M. Arenson, WSBA #60465
creinert@msmlegal.com                        Sean.arenson@usdoj.gov
*Attorneys for Plaintiffs*                          *Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED BY THE COURT, that the above stipulated motion to set the deadline for the Combined Joint Status Report and Discovery to July 10, 2024, IS HEREBY GRANTED.

DATED this 10th day of June, 2024

_____
UNITED STATES JUDGE

2 – SECOND AGREED STIPULATION TO CONTINUACE OF DEADLINE
MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
4640 S MACADAM AVE, STE 100
PORTLAND, OREGON 97239
TELEPHONE (503) 224-2165