UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>     Defendant. | CASE NO. C23-1890JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

//

//

ORDER - 1

1 In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

Dated this 10th day of July, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2